NOT DESIGNATED FOR PUBLICATION

IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 114,658

STATE OF KANSAS,
*Appellee*,

v.

NICHOLAS TOLAND,
*Appellant*.

MEMORANDUM OPINION

Review of the judgment of the Court of Appeals in an unpublished opinion filed February 17, 2017. Appeal from Ford District Court; G. LEIGH HOOD, judge. Opinion filed September 14, 2018. Petition for review improvidently granted.

*Randall L. Hodgkinson*, of Kansas Appellate Defender Office, was on the brief for appellant.

*David Belling*, assistant county attorney, *Natalie Randall*, county attorney, and *Derek Schmidt*, attorney general, were on the brief for appellee.

The opinion of the court was delivered by

PER CURIAM: We determine that the petition for review in this case was improvidently granted. This decision is identical in effect to a denial of the petition for review in the first instance, and a "'denial of a petition for review imports no opinion on the merit of the case.'" State v. Eisenhour, 305 Kan. 409, 411, 384 P.3d 426 (2016) (quoting Supreme Court Rule 8.03[g] [2018 Kan. S. Ct. R. 56]).

Petition for review improvidently granted.